UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| THE MATTER OF DYNAMIC | |
| INDUSTRIES SAUDI ARABIA, LTD. | NO. 23-1595 |
| | SECTION: "P" (4) |

UNOPPOSED/EX PARTE MOTION TO FURTHER EXTEND TIME FOR
APELLANTS' OPENING BRIEF IN No. 2:23-cv-01595-DJP-KWR
THE "SECOND APPEAL"

Appellants Stanford Marine LLC ("Stanford"), Ultra Deep Picasso Pte. Ltd. ("UDP") and Zakher Marine Saudi Company Limited ("Zakher") move *ex-parte* for an order, described herein further extending to and including Friday, January 12, 2024 the time for Appellants to file their opening brief in No. 2:23-cv-01595-DJP-KWR (the "Second Appeal"), so that deadlines in the Second Appeal are extended and stayed through January 12, 2024 or until the Court rules on the pending Motion to Consolidate, whichever comes first.

Appellants and Appellee Dynamic Industries Saudi Arabia Limited ("DISA") have consulted and DISA does not oppose this motion.

This Court September 29, 2023 ordered that:

> the deadline for Appellants to file their opening brief in the above-captioned matter ("the Second Appeal") are hereby **CONTINUED** until October 27, 2023, or until the Court rules on the pending Motion to Consolidate in case number 2:23-cv-1058 ("the First Appeal"), whichever comes first.

Appellants require further time to complete their opening brief in the Second Appeal, the contents (or filing) of which also may be affected, by this Court's decision on the motion to consolidate (with No. 2:23-cv-01058, the "First Appeal").

#101747968v1

Appellants therefore respectfully request that this Court extend and continue to stay the Second Appeal deadlines through January 12, 2024 or until the Court rules on the pending Motion to Consolidate, whichever comes first, and herewith submit a draft order.

Dated: November 28, 2023

Respectfully Submitted,

/s/ J. Stephen Simms
J. Stephen Simms
Catherine M. Benson
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com
cmbenson@simmsshowers.com

Petitioning Creditors' /
Appellants' Counsel