UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| THE MATTER OF DYNAMIC | |
| INDUSTRIES SAUDI ARABIA, LTD. | NO. 23-1595 |
| | SECTION: "P" (4) |

## ORDER

Considering the foregoing "Motion to Further Extend Time for Appellants' Opening Brief in No. 2:23-cv-01595-DJP-KWR the 'Second Appeal'" (R. Doc. 10),

**IT IS ORDERED** that the motion is **GRANTED**, and the deadline for Appellants to file their opening brief in the above-captioned matter ("the Second Appeal") are hereby **CONTINUED** until January 12, 2024, or until the Court rules on the pending Motion to Consolidate in case number 2:23-cv-1058 ("the First Appeal"), whichever comes first.

New Orleans, Louisiana, this ____ day of November 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**